# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:18-cv-03131-MEH

RICK CHEN on behalf of himself and all others similarly situated,

      Plaintiff,

v.

SENDGRID, INC.,
WARREN ADELMAN,
AJAY AGARWAL,
FRED BALL,
BYRON DEETER,
SAMEER DHOLAKIA,
ANNE RAIMONDI,
HILARY SCHNEIDER,
SRI VISWANATH,
TWILIO, INC., and
TOPAZ MERGER SUBSIDIARY, INC.

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rick Chen ("Plaintiff") voluntarily dismisses this action with prejudice as to Plaintiff only and without prejudice as to the putative class.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Since no class has been certified and the dismissal is with prejudice to Plaintiff only and without prejudice as to all other members of the putative class, notice of this dismissal is not required.

Dated: February 4, 2019                                     */s/ Marc L. Ackerman*
                                                                    *Marc L. Ackerman*
                                                                    BRODSKY & SMITH, LLC

2

>Two Bala Plaza, Suite 510
>Bala Cynwyd, PA 19004
>Telephone: (610) 667-6200
>Facsimile: (610) 667-9029
>Email:  mackerman@brodskysmith.com

*Attorneys for Plaintiff*

2