IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03131-MEH

RICK CHEN,
*on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

SENDGRID, INC.,
WARREN ADELMAN,
AJAY AGARWAL,
FRED BALL,
BYRON DEETER,
SAMEER DHOLAKIA,
ANNE RAIMONDI,
HILARY SCHNEIDER,
SRI VISWANATH,
TWILIO, INC., and
TOPAZ MERGER SUBSIDIARY, INC.,

    Defendants.

## ORDER CLOSING CASE

Before the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [filed February 4, 2019; ECF No. 19]. The Court finds the notice and terms of the dismissal to be proper. Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), this case is voluntarily **dismissed with prejudice** as to Plaintiff. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 5th day of February, 2019.

                      BY THE COURT:

                      *Michael E. Hegarty*

                      Michael E. Hegarty
                      United States Magistrate Judge